(118 So. 271)

**Dewey PATE v. STATE. (7 Div. 840.)**

Supreme Court of Alabama. Oct. 4, 1928.

Merrill & Field, of Anniston, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J. Petition of Dewey Pate for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pate v. State, 22 Ala. App. 589, 118 So. 270.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(118 So. 248)

**Mark CUNNINGHAM v. STATE. (7 Div. 842.)**

Supreme Court of Alabama. Oct. 4, 1928.

E. O. McCord & Son, of Gadsden, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

THOMAS, J. Petition of Mark Cunningham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cunningham v. State, 22 Ala. App. 583, 118 So. 242.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.